Opinion filed May 27, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-09-00205-CV

                                                    __________

 

                           
JUDY LEGGETT, INDIVIDUALLY AND AS HEIR

                            
AND REPRESENTATIVE OF THE ESTATE OF

                               
ROY G. LEGGETT, DECEASED, Appellant

 

                                                             V.

 

                           ALICE
RAMSEY, M.D. ET AL, Appellees

                                                              



 

                                   On
Appeal from the 29th District Court

                                                         Palo
Pinto County, Texas

                                                    Trial
Court Cause No.  C42855

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Appellant
has filed in this court a motion to dismiss her appeal.  The motion is granted,
and the appeal is dismissed.

 

                                                                                                PER
CURIAM

May 27, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.